In the Matter of the Claim of GUISEPPA DI PAOLO et al., Respondents, against THOMAS CRIMMINS CONTRACTING COMPANY et al., Appellants.

*Matter of Di Paolo* v. *Crimmins Contrg. Co.*, 173 App. Div. 988, affirmed.

(Submitted October 9, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1916, which affirmed an award of the state industrial commission under the Workmen's Compensation Law for the death of Vincenzo Di Paolo, who was employed by the defendant contracting company as a foreman on work being done in one of the Brooklyn subways. He was struck by a train and killed a few minutes after the close of his day's work. The question was as to whether the accident arose out of and in the course of his employment.

*George A. Blauvelt, Francis J. MacIntyre* and *Maurice J. O'Callaghan* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Dissenting: WILLARD BARTLETT, Ch. J.